**Appeal Dismissed and Memorandum Opinion filed June 23, 2022**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00193-CR

**DEANDRICK DEWAN GRADNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1694290**

## MEMORANDUM OPINION

Appellant filed a pro se notice of appeal complaining of the trial court's failure to rule on his pro se motion to suppress evidence, or denying his motion, and not holding an in-court hearing on his motion.

Generally, an appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.--Fort Worth 1996, no pet.). The record before this

contains no final judgment of conviction or other appealable order. Because this appeal does not fall within the exceptions to the general rule that appeal may be taken only from a final judgment of conviction, we have no jurisdiction.

On May 6, 2022, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction within 21 days. No response has been filed.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.

Do Not Publish — Tex. R. App. P. 47.2(b)